# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

2014 JUL 16 P 4: 52

| | |
|---|---|
| Christopher Greco, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 9:13-1414-RMG |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, Acting, ) | |
| Commissioner of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) to obtain relief from the final decision of the Commissioner of the Social Security Administration denying him disability insurance benefits under the Social Security Act. In accord with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 DSC, this matter was referred to a United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on June 30, 2014, recommending that the Commissioner's decision be reversed and remanded because of the Administrative Law Judge's failure to address and weigh the prior award of benefits by the South Carolina Worker's Compensation Commission. (Dkt. No. 21 at 4-6). The Commissioner has advised the Court she does not intend to file objections to the R & R of the Magistrate Judge. (Dkt. No. 23).

After a review of the R & R, the administrative record, the decision of the Administrative Law Judge, and the applicable legal standards, the Court finds that the Magistrate Judge ably summarized the factual and legal issues in this matter and correctly concluded that the decision of the Commissioner should be reversed and remanded. Therefore, the Court adopts the R & R

-1-

of the Magistrate Judge, reverses the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and remands the matter to the agency for further action consistent with this order.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

July 16, 2014
Charleston, South Carolina